AARON H. COLE, CA Bar No. 236655
aaron.cole@ogletree.com
SONA P. PATEL, CA Bar No. 334044
sona.patel@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:    213-239-9800
Facsimile:     213-239-9045

Attorneys for Defendant
SITEONE LANDSCAPE SUPPLY, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO CABALLERO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SITEONE LANDSCAPE SUPPLY LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01533-AC<br><br>**JOINT STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT PURSUANT TO EASTERN DISTRICT LOCAL RULE 144(A); [PROPOSED ORDER]**<br><br>Complaint Filed: June 21, 2023<br>Trial Date:          None<br>Magistrate Judge: Hon. Allison Claire<br>                              Courtroom 26, Sacramento |

THE PARTIES HEREBY STIPULATE AND AGREE that Defendant SITEONE LANDSCAPE SUPPLY, LLC, may have until August 31, 2023, to file a responsive pleading to Plaintiff's Complaint in order to allow Defendant to obtain information necessary to file an Answer to the Complaint.  This extension does not exceed the twenty-eight (28) days allowed under Eastern District Local Rule 144(a).  This is the first stipulation for extension of time between the parties.  Pursuant to Local Rule 144(a), approval of this stipulation by the Court is not necessary.

**IT IS SO STIPULATED.**

DATED: August 4, 2023        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Aaron Cole
    Aaron H. Cole
    Sona P. Patel

Attorneys for Defendant
SITEONE LANDSCAPE SUPPLY, LLC

DATED:  August 4, 2023        BRADLEY/GROMBACHER, LLP

By: /s/ Lirit A. King
    Marcus Bradley
    Kiley Grombacher
    Lirit A. King
    Emilie MacLean

Attorneys for Plaintiff
GUSTAVO CABALLERO

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individuals whose electronic signature is attributed above.

Dated:  August 4, 2023        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Aaron Cole
    Aaron H. Cole
    Sona P. Patel
    Attorneys for Defendant
    SITEONE LANDSCAPE SUPPLY, LLC

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties under Civil Local Rule 144(a), IT IS SO ORDERED THAT Defendant shall have until August 31, 2023 to file its responsive pleadings to Plaintiff's Complaint.

Dated: August 7, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE