UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO CABALLERO,<br><br>Plaintiff,<br><br>v.<br><br>SITEONE LANDSCAPE SUPPLY LLC,<br><br>Defendant. | No.  2:23-cv-01533-DAD-AC<br><br>ORDER REMANDING THIS ACTION TO THE<br><br>(Doc. No. 11) |

On January 15, 2025, the parties stipulated to remand of this action to the San Joaquin County Superior Court, where the action was originally filed.  (Doc. No. 11.)  Accordingly, and pursuant to the parties' stipulation, this action is remanded to the San Joaquin County Superior Court.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 19, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1